# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Exeter Government Services, LLC ) ASBCA No. 61398
)
Under Contract No. FA8771-12-D-1007 )

APPEARANCES FOR THE APPELLANT: Timothy Sullivan, Esq.
Scott F. Lane, Esq.
Jayna Marie Rust, Esq.
  Thompson Coburn LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
Michael J. Farr, Esq.
Colby L. Sullins, Esq.
  Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE MELNICK

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $500,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: February 7, 2019

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61398, Appeal of Exeter Government Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2